■ The People of the State of New York, Respondent, v Phillip M. Bickel, Appellant. [845 NYS2d 210]—Appeal from an

order of the Supreme Court, Erie County (Richard C. Kloch, Sr., A.J.), entered April 25, 2006. The order determined that defendant is a level three risk pursuant to the Sex Offender Registration Act.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs. Present—Scudder, P.J., Gorski, Lunn, Peradotto and Green, JJ.